IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60340
Conference Calendar

_____

JOHN W. STEVENS,

Petitioner-Appellant,

versus

KHURSHID Z. YUSUFF; MIKE MOORE,

Respondents-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:99-CV-86-BrS
--------------------
April 14, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

John W. Stevens, federal prisoner #86451-071, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition. The district court dismissed Stevens's petition for lack of subject-matter jurisdiction. Stevens has not argued this jurisdictional issue on appeal; accordingly, he has abandoned any argument that the dismissal was erroneous. See United States v. Heacock, 31 F.3d 249, 258 (5th Cir. 1994). We DISMISS the appeal as frivolous. See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993); 5th Cir. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.